NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO PINEDA an individual<br><br>Plaintiff,<br><br>v.<br><br>QUALITY CARRIERS, INC., an Illinois corporation; TRANSGUARD INSURANCE COMPANY OF AMERICA, INC., an Illinois corporation; and Does 1 through 100, inclusive,<br><br>Defendants. | Case No.: 2:15-cv-08919 AB (AJWx)<br><br>**[PROPOSED] ORDER: (1) WITHDRAWING PLAINTIFF'S MOTION FOR RELIEF FROM SETTLEMENT AGREEMENT ("MOTION"); (2) VACATING THE HEARING ON THE MOTION; AND (3) DISMISSING THIS CASE WITHOUT PREJUDICE** |

BASED ON THE STIPULATION OF THE PARTIES AND FOR GOOD CAUSE SHOWN:

**IT IS HEREBY ORDERED THAT**:

1

(1) The Plaintiff's Motion for Relief from Settlement Agreement ("Motion") is withdrawn.

(2) The hearing on Motion set for December 22, 2017 at 10:00 a.m. in Courtroom 7B is vacated.

(3) This case is dismissed without prejudice. The Court retains jurisdiction over this matter until the case is dismissed with prejudice.

Dated: December 06, 2017

_____
HON. ANDRÉ BIROTTE JR.